## THE JACOB D. FUCHSBERG LAW FIRM, LLP
3 PARK AVENUE, SUITE 3700
NEW YORK, NEW YORK 10016
TEL: (212) 869-3500
FAX: (212) 398-1532
www.fuchsberg.com

ALAN L. FUCHSBERG
BRADLEY S. ZIMMERMAN*

ELI A. FUCHSBERG*
KEITH H. GROSS
AARON HALPERN*
JOSEPH LANNI*
SHANNON MONTGOMERY*
CHRISTOPHER NYBERG*
WALTER OSUNA*

ANGELINA ADAM*
NEAL BHUSHAN*
SAMANTHA GUPTA
JAEHYUN OH*
ILANA S. WOLK*

*ALSO ADMITTED IN NEW JERSEY

JACOB D. FUCHSBERG
(1913-1995)

ROSALIND FUCHSBERG KAUFMAN
COUNSEL EMERITUS

THOMAS S. HOWARD*
OF COUNSEL

July 1, 2021

**VIA ECF**
Hon. Michael P. Shea
United States District Judge
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 217
Hartford, Connecticut 06103

      Re:      Jaddo, et al. v. Sergeant Connelly, et al.
                 Index No.: **3:21-cv-00350-MPS**

Dear Judge Shea:

      Pursuant to Your Honor's Order dated June 22, 2021 (*i.e.*, Dkt. No. 31), the parties respectfully file this letter as a joint statement regarding their failure to comply with Local Rule 26(f).

*Plaintiffs' Position:*

      The undersigned counsel for Plaintiffs wishes to convey that this case has been undertaken with the utmost seriousness and diligence to which it is entitled, as perhaps demonstrated by the detail of the Complaint (originally and as amended). This counsel accepts that it was his responsibility under this District's Local Rule 26(f)(1) to initiate a conference with Defendants within 30 days of their first appearance. Because Defendants' first response was a pre-answer motion to dismiss, followed by Plaintiffs' amendment of the Complaint, Plaintiffs' counsel was under an erroneous but good-faith belief that parties' obligations for Rule 26(f) planning conference were on hold. For instance, in Southern and Eastern Districts of New York where

Plaintiffs' counsel regularly practices, the 26(f) report is submitted seven (7) days prior to the Rule 16 conferences scheduled by the Courts, which ordinarily occur after the defendants file an answer to the complaint. In conclusion, our failure to comply with the Court's requirements and rules were inadvertent. We sincerely apologize to the defense counsel and the Court for the inconvenience.

*Defendants' Position:*

The undersigned counsel for the Defendants joins in the statement of Plaintiffs' counsel regarding the inadvertent failure to comply with Local Rule 26(f) given the activity surrounding the pleadings and sincerely apologizes for the oversight.

In addition, please find enclosed a joint report of the 26(f) conference that was jointly completed by the parties.

The parties sincerely thank the Court for the Court's attention to this matter.

Respectfully submitted,

By: /s/ Alan L. Fuchsberg  
Alan L. Fuchsberg  
The Jacob D. Fuchsberg Law Firm, LLP  
*Attorneys for Plaintiffs*  
3 Park Avenue, 37th Floor  
New York, NY 10016  
Ph: (212) 869-3500  
Email: a.fuchsberg@fuchsberg.com  

By: /s/ Kelly A. Fitzpatrick  
Kelly A. Fitzpatrick  
Koskoff Koskoff & Bieder, PC  
*Attorneys for Plaintiffs*  
350 Fairfield Avenue  
Bridgeport, CT 06604  
Ph: (203) 336-4421  
Email: KFitzpatrick@Koskoff.com  

By: /s/ Barbara L. Coughlan  
Barbara L. Coughlan  
City of Stamford  
Corporation Counsel's Office  
*Attorneys for Defendants*  
888 Washington Blvd., PO Box 10152  
Stamford, CT 06904-2152  
Ph: (203) 977-4087  
Email: bcoughlan@stamfordct.gov