## THE JACOB D. FUCHSBERG LAW FIRM, LLP
3 PARK AVENUE, SUITE 3700
NEW YORK, NEW YORK 10016
TEL: (212) 869-3500
FAX: (212) 398-1532
www.fuchsberg.com

| | |
|---|---|
| ALAN L. FUCHSBERG<br>BRADLEY S. ZIMMERMAN* <br>_____ <br><br>ELI A. FUCHSBERG*<br>KEITH H. GROSS<br>AARON HALPERN*<br>JOSEPH LANNI*<br>SHANNON MONTGOMERY*<br>CHRISTOPHER NYBERG*<br>WALTER OSUNA*<br>_____<br><br>ANGELINA ADAM*<br>NEAL BHUSHAN*<br>SAMANTHA GUPTA<br>JAEHYUN OH*<br>ILANA S. WOLK*<br>_____<br><br>*ALSO ADMITTED IN NEW JERSEY | JACOB D. FUCHSBERG<br>(1913-1995)<br>_____<br><br>ROSALIND FUCHSBERG KAUFMAN<br>COUNSEL EMERITUS<br><br><br><br>THOMAS S. HOWARD*<br>OF COUNSEL |

November 29, 2021

**<u>VIA ECF</u>**
Hon. Michael P. Shea
United States District Judge
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street - Room 217
Hartford, Connecticut 06103

        Re:        Jaddo, et al. v. Sergeant Connelly, et al.
                    Index No.: **<u>3:21-cv-00350-MPS</u>**

Dear Judge Shea:

      This action arises out of Mr. Barrier's alleged wrongful death which occurred while he was in the custody of Defendant City of Stamford and its agents, servants, and employees including but not limited to the individually named Police Officers. Plaintiff, Ms. Jaddo, has brought claims under Section 1983 and state law relating to the actions of the police officers preceding Mr. Barrier's death while Plaintiff, The Connecticut Legal Rights Project ("CLRP"), has brought claims against the City seeking declaratory and injunctive relief relating to its treatment of persons with mental health disabilities. The parties respectfully submit this Joint Status Report, pursuant to the Scheduling Order [Docket No. 34].

    (a) To date, the parties have exchanged initial disclosures, interrogatories, and requests for production of documents. The parties have also exchanged responses to the same and intend to confer this week regarding their respective responses and possible objections thereto. The deposition of Plaintiff, Valerie Jaddo, has been scheduled for January 6, 2022, and Plaintiffs have put Defendants on notice of their intention to depose Captain

Thomas Barcello, who authored the Executive Summary based on the Stamford Police Department's Incident Review Panel investigation into this matter. The parties are in the process of scheduling a firm date.

The pleadings have not yet been closed. Defendants filed a Motion to Strike the original Complaint and in response, the plaintiff filed an Amended Complaint on June 8, 2021; thereafter, on June 29, 2021, Defendants filed a Motion for More Definite Statement and Motion to Strike the Amended Complaint; on July 20, 2021, Plaintiffs filed a Memorandum in Opposition and Cross Motion for Consolidation of Defendants' Rule 12 Motions; on August 10, 2021, Defendants filed an Objection to Plaintiffs' Cross Motion to Consolidate and requested additional time to further respond if the Motion to Consolidate was granted; Plaintiffs filed a Reply on August 23, 2021. These motions are still pending.

(b) Plaintiff is interested in referral for settlement purposes to a United States Magistrate Judge. Defendants are not interested in a referral for settlement purposes to a United States Magistrate Judge until after the deadline for filing summary judgment motions has elapsed.

(c) The parties will not consent to a trial before a United States Magistrate Judge.

(d) The estimated length of trial is approximately four weeks.

Respectfully submitted,

By: /s/ Alan L. Fuchsberg
Alan L. Fuchsberg
The Jacob D. Fuchsberg Law Firm, LLP
*Attorneys for Plaintiffs*
3 Park Avenue, 37th Floor
New York, NY 10016
Ph: (212) 869-3500
Email: a.fuchsberg@fuchsberg.com

By: /s/ Kelly A. Fitzpatrick
Kelly A. Fitzpatrick
Koskoff Koskoff & Bieder, PC
*Attorneys for Plaintiffs*
350 Fairfield Avenue
Bridgeport, CT 06604
Ph: (203) 336-4421
Email: KFitzpatrick@Koskoff.com

By: /s/ Barbara Coughlan
Barbara Coughlan
*Attorneys for Defendants*
888 Washington Boulevard
Stamford, CT 06877
Ph: (203) 977-4087
Email: BCoughlan@StamfordCT.gov