# EXHIBIT A

Autopsy Report to be submitted under seal.