# EXHIBIT C

                                                              1

              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
   ---------------------------X

   VALERIE JADDO, ET AL          :

              Plaintiffs,  :

         VS.                     :   NO. 3:21-cv-00350(MPS)

   CITY OF STAMFORD, ET AL       :

              Defendants.  :

   ---------------------------X


                  D E P O S I T I O N


         THE REMOTE DEPOSITION OF KATHY FLAHERTY,

   taken on behalf of the DEFENDANTS, before Kevin

   Lombino, Registered Professional Reporter,

   Notary Public within the State of Connecticut

   Certificate Number 191, on the 7th day of July,

   2022, at 11:03 a.m., taken via Zoom.




              **GOLDFARB AND AJELLO, LLC (203) 972-1000**

1   necessarily get quoted by name in a particular article.
2           If I do get quoted by name, it gives the
3   institutional affiliation, but when you talk to reporters
4   on backgrounds, they are using that to help themselves
5   frame particular issues that they are writing about.
6       Q.   So just to be clear, you on behalf of CLRP have
7   not provided any documents responsive to the request for
8   production number 16 in the notice to produce, correct?
9       A.   I think that would be a fair assessment.
10      Q.   How long have you been executive director of
11  CLRP?
12      A.   I have been executive director since June of
13  2015.
14      Q.   Can you explain what that role entails?
15      A.   Sure.  The executive director of any nonprofit
16  organization serves at the pleasure of the board of
17  directors and is ultimately responsible for executing the
18  mission of the organization.
19          So it means working on, helping create the
20  vision, you know, creating the strategic plans of how you
21  are going to address the mission, with the help of our
22  business manager preparing our budget and, you know,
23  everything else that goes into the day-to-day operations
24  of the nonprofit law firm that is CLRP.
25      Q.   So tell me a little bit about CLRP.

14

1       You described it as nonprofit law firm?
2       A.   Correct.  We are one of the state's legal aid
3  agencies.  We were established in 1990 as the result of a
4  lawsuit that was brought on behalf of people who were
5  residing in the state-operated inpatient psychiatric
6  facilities by what was then called the Connecticut Civil
7  Liberties Union which is now the ACLU of Connecticut.
8       And the basis of the lawsuit was that people in
9  the Department of Mental Health which is now DMHAS,
10 Department of Mental Health and Addiction Services,
11 d-m-h-a-s, lack adequate access to the courts.  That case
12 was resolved with a consent decree that required the
13 states to provide funding for the establishment of a
14 legal-assistance program and that legal-assistance
15 program is CLRP.
16      Q.   How many lawyers are within CLRP?
17      A.   There's me, our legal director and three senior
18 staff attorneys and one staff attorney so six.
19      Q.   And was that the same situation in 2019?
20      A.   Yes, we have had a slight bit of turnover where
21 we have had staff attorneys hired who did not stay with
22 us long term.  So it's possible there have been moments
23 in time where we have seven, but those folks didn't stay
24 long enough where they -- they were basically still
25 onboarding so never, it has not been higher than that.

1  mental-health disabilities.
2     Q.   So that's a listing of time that the executive
3  and the legal director has spent discussing and
4  addressing the police practices and procedures that
5  negatively impact people with psychiatric disabilities;
6  is that right?
7     A.   That is correct.
8     Q.   And none of them pertain to the Stamford Police
9  Department, correct?
10          MS. OH:  Objection to form.  You can answer.
11    A.   The time that we have spent involved in this
12 case prior to our getting involved in it is part of those
13 hours, but the things that are listed on this particular
14 document are not specifically about the City of Stamford.
15    Q.   It's not even that they are not specific about
16 them, they are not about the City of Stamford, right?
17          MS. OH:  Objection to form.
18          You can answer.
19    A.   Connecticut Legal Rights Project is a statewide
20 nonprofit legal services agency.  When we got involved
21 with issues --
22    Q.   We cannot --
23    A.   I'm trying to answer your question.
24          MS. COUGHLAN:  Let me just have the court
25          reporter read back the question, if you would.

1          (The question was read.)
2     Q.   That is the question, just a yes or no.
3     A.   It's impossible to give a yes-or-no question
4  when we are a statewide organization that represents
5  people or potentially represents people in all of
6  Connecticut's 169 municipalities.
7          We have people who whatever happens to them
8  regardless of which municipality they were in, these
9  issues cross over municipal borders.  They are not only
10 Stamford issues, they are not only State of Connecticut
11 issues, they are national and international issues.
12    Q.   So I was just clarifying.  You have a listing of
13 what you have been spending your time on.
14         And I believe you did tell me that they do not,
15 your answer is they do not specifically relate to
16 Stamford, correct, Stamford Police Department?
17              MS. OH:  Is that your testimony?
18    A.   I would need to have my testimony read back to
19 me.
20    Q.   Okay.
21    A.   Because I'm not sure that is what I said, but I
22 would just, my previous answer stands.
23    Q.   Okay.  What you said previously stands, correct?
24 You are not changing it?
25    A.   I would like to have it read back to me.

1      And in particular if you would turn to number
2 four page five.  And you can read that question and
3 answer.
4      A.   Okay.
5      Q.   Okay.  In the answer it says that CLRP has had
6 to, has to and will need to divert its limited resources
7 including staff time to develop and engage in responses
8 to unlawful police interactions with people in
9 psychiatric crisis.
10      What police interactions are you referring to
11 there?  Which police department?
12      A.   We are referring to law enforcement interactions
13 generally and also specifically depending on if we get
14 requests for or hear of incidents.
15      We do not worry about interactions, law
16 enforcement interactions with people with psychiatric
17 disabilities when things go well.  We aren't contacted
18 about interactions that go well, we get contacted about
19 interactions that people perceive as problematic.  When a
20 law enforcement interaction with a person in psychiatric
21 crisis ends up with a person in psychiatric crisis dying,
22 those are incidents that we are forced to respond to.
23      CLRP has a dedicated mission to represent people
24 who are eligible for mental-health services from the
25 Department of Mental Health and Addiction Services on

63

1  matters related to their treatment, recovery and civil
2  rights.  When people end up dead, then there is no, there
3  is no further opportunity for recovery and, you know,
4  their civil rights may well have been violated.
5      Q.  Just to get back to the unlawful police
6  interaction.
7           I just want to clarify that what you're
8  referring to there are police interactions in general,
9  correct?
10     A.  They are police interactions -- I guess I don't
11 understand what you are asking beyond what I already
12 answered.
13     Q.  Okay.  They are not police interactions with,
14 they are not police interactions with people in
15 psychiatric crisis involving the Stamford Police
16 Department specifically; is that right?
17              MS. OH:  Objection to form.
18              You can answer.
19     A.  If we are talking about the future there, they
20 may be.
21     Q.  Okay. Let's talk about -- they may be we can't
22 know.  Let's talk about the past because the answer also
23 says CLRP has had to, we will need to divert its limited
24 resources to develop and engage in responses to unlawful
25 police interactions with people in psychiatric crisis.

1  determined that; is that right?
2      A.   Yes.
3      Q.   When you say "counsel," you are referring to
4  Attorney Oh or someone from her office?
5      A.   Correct.
6      Q.   Is it true that CLRP expended resources in
7  lobbying efforts specifically intended to reduce the
8  number of individuals living with psychiatric
9  disabilities who are mistreated and brutalized by the
10 police prior to October of 2019?
11     A.   Yes, it is true that we have submitted testimony
12 which requires the investment of time and effort on, you
13 know, on bills that talked about the interactions between
14 law enforcement and people with psychiatric disabilities.
15     Q.   And the same occurred after October 2019?
16     A.   Yes, that's correct.
17     Q.   And the police that you or the interactions with
18 police that its lobbying efforts are geared to is police
19 in general; is that correct?
20     A.   It's police in every municipality.  It's
21 Connecticut State Police.  Any police that would be
22 covered by any statutes that would be passed by the
23 Connecticut General Assembly and signed by the governor
24 which would include Stamford PD would be included in
25 police.

92

1 version of this was created, but I might be able to with
2 talking with someone try to figure that out.
3      Q.   But the one that we have here, the brochure that
4 contains the mission statement was effective as of June
5 2016, correct?
6      A.   Correct.
7      Q.   And it is still effective?
8      A.   Yes.
9      Q.   You still use it?
10     A.   We still use it.
11     Q.   Okay.  Hasn't changed, the mission statement
12 brochure?
13     A.   To my knowledge, no, because we just print new
14 copies of it.
15     Q.   Okay.  What about the items attached as Exhibit
16 E, what is that?
17     A.   That is a different brochure, it's a different
18 trifold brochure that it was produced at some point after
19 2015 for whatever -- oh, okay, it was like why am I not
20 seeing both sides of it.
21          That is just a slightly different reworking of
22 the same information but to distribute it to more for
23 agency staff or family members talking about what we do
24 and how people can reach us.
25     Q.   Do you know the effective date of this one?

**GOLDFARB AND AJELLO, LLC (203) 972-1000**